# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MEGAN G. KITCHNER,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES FIERGOLA, JOSEPH R. JOHNSON, LUCAS P. BENNEWITZ, TYLER M. HELSEL, and JOHN DOES,<br><br>    Defendants. | Case No. 18-CV-133-JPS<br><br>**ORDER** |

  On October 5, 2018, Plaintiff filed a settlement report indicating that the parties had resolved this case and a companion case in the Western District of Wisconsin. (Docket #52). She indicated that the parties would seek to transfer this case to the Western District, consolidate the cases, and seek final settlement approval in that court. *Id.* On October 10, 2018, the parties filed a stipulation to transfer venue to the Western District. (Docket #53). In light of the parties' agreement, the Court will adopt their stipulation and transfer this action to the Western District. 28 U.S.C. § 1404(a).

  Accordingly,

  **IT IS ORDERED** that the parties' stipulation for change of venue (Docket #53) be and the same is hereby **ADOPTED**; and

  **IT IS FURTHER ORDERED** that the Clerk of the Court take all appropriate steps to effectuate the transfer of this case to the Western District of Wisconsin.

Dated at Milwaukee, Wisconsin, this 11th day of October, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge